UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LIONEL COLLINS** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 09-2745** |
| **CLAIBORNE PARISH DETENTION CENTER** | * | **SECTION: "S"(6)** |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Supplemental Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Supplemental Report and Recommendation, hereby approves the Supplemental Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that petitioner's application for habeas corpus relief pursuant to Title 28, United States Code, Section 2254, is hereby **DISMISSED WITH PREJUDICE AS UNTIMELY**.

New Orleans, Louisiana, this  16th  day of  November , 2010.

_____
UNITED STATES DISTRICT JUDGE